# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jacqueline M. Thurlby | § | Case No. 13-33758 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

   9:30 a.m. on March 5, 2015
   in Courtroom  680, U.S. Courthouse
   219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                             Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Jacqueline M. Thurlby § Case No. 13-33758
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 28,483.40 |
| and approved disbursements of | $ | 1,645.58 |
| leaving a balance on hand of[1] | $ | 26,837.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 52,150.75 | $ 52,150.75 | $ 0.00 | $ 17,007.74 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 17,007.74 |
| Remaining Balance | $ | 9,830.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 3,598.34 | $ 0.00 | $ 3,598.34 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 5,175.00 | $ 0.00 | $ 5,175.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 3.24 | $ 0.00 | $ 3.24 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,053.50 | $ 0.00 | $ 1,053.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,830.08 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Steven R. Radtke
                      Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 13-33758-JPC
Jacqueline M. Thurlby                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley                Page 1 of 1                  Date Rcvd: Feb 03, 2015
                              Form ID: pdf006              Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
```
db             +Jacqueline M. Thurlby,   3900 N. Lake Shore Drive #18C,   Chicago, IL 60613-3456
aty            +Chill, Chill & Radtke, P.C.,   79 W. Monroe Street,   Suite 1305,   Chicago, IL 60603-4925
20908570       +Arthur W. Rummler,   799 Roosevelt Road,   Building 2, Suite 104,   Glen Ellyn, IL 60137-5919
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20908571        E-mail/Text: bk.notifications@jpmchase.com Feb 04 2015 02:38:38     Chase Auto Finance,
                 P.O. Box 78067,   Phoenix, AZ   85062-8067
20908572        E-mail/Text: cio.bncmail@irs.gov Feb 04 2015 02:38:24     Internal Revenue Service,
                 Central Insolvency Operation,   PO Box 7346,   Philadelphia, PA   19101-7346
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20908573*      +Jacqueline M. Thurlby,   3900 N. Lake Shore Drive #18C,   Chicago, IL 60613-3456
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2015 at the address(es) listed below:
```
              Arthur W Rummler    on behalf of Debtor Jacqueline M. Thurlby arthur.rummler@gmail.com,
               artrummler@juno.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
              Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```