UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
Jacqueline M. Thurlby                 §      Case No. 13-33758
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on           . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                    Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Chase Auto Finance P.O. Box 78067 Phoenix AZ 85062-8067 |  |  |  |  |  |
| 1 | Internal Revenue Service |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| United States Treasury | | | | | |
| Illinois Department of Revenue | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Internal Revenue Service Central Insolvency Operation PO Box 7346 Philadelphia PA 19101-7346 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-33758 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Jacqueline M. Thurlby | | | | Date Filed (f) or Converted (c): | 08/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/07/2013 |
| For Period Ending: | 05/04/2015 | | | | Claims Bar Date: | 05/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Accounts.  Debtor's Combined Savings/Checking Account. | 1,272.75 | 1,272.75 | | 0.00 | FA |
| 2. Citibank Account Location: In Debtor's Possession | 4,090.00 | 90.00 | | 0.00 | FA |
| 3. Household Furniture, Furnishings. 2 Rooms. 1 Bedroom And 1 L | 4,800.00 | 4,800.00 | | 0.00 | FA |
| 4. Clothing For One Woman Location: In Debtor's Possession | 500.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry - Wedding Ring, Band Location: In Debtor's Possessio | 750.00 | 750.00 | | 0.00 | FA |
| 6. Cade Thurlby.  Money Loaned To Son. Location: In Debtor's Po | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7. Possible Real Estate Commissions. 2 properties under contrac  Original schedule filed valued asset at $28,316; amended schedule 10/4/13 valued asset at $35,977.00; amended schedule 2/26/14 valued asset at $37,977.87 | 37,977.87 | 4,248.00 | | 28,483.40 | FA |
| 8. Illinois Real Estate License.  Value Unknown. Location: In D | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Gmc Envoy.  148,000 Miles. Location: In Debtor's Posses | 3,261.00 | 861.00 | | 0.00 | FA |
| 10. 2006 Ford Escape.  In Possession Of Former Husband.  Debtor | 4,841.00 | 4,841.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $58,992.62 | $18,362.75 | | $28,483.40 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor scheduled possible real estate commissions totaling $35,977 subject to claim of exemption; Trustee filed objection to claim of exemption; case settled and 75% of all subject real estate commissions to be paid to Trustee; Trustee collected $28,483.40; Trustee employed accountant to prepare tax returns; as of 6/30/14 waiting for tax returns to be prepared.

Initial Projected Date of Final Report (TFR): 06/30/2015       Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-33758 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Jacqueline M. Thurlby | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5539 |
| | Checking |
| Taxpayer ID No: XX-XXX7158 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/14 | 7 | Keller Williams Realty Infinity<br>608 S. Washington Street<br>Suite 100<br>Naperville, IL 60540 | Real Estate Sales Commissions<br>75% of real estate commissions per Order dated 3/6/14 | 1121-000 | $23,101.61 | | $23,101.61 |
| 03/18/14 | 7 | Keller Williams Realty Infinity<br>608 S. Washington Street<br>Suite 100<br>Naperville, IL 60540 | Real Estate Sales Commissions<br>75% of Real Estate Commission per order dated 3/6/14 | 1121-000 | $5,381.79 | | $28,483.40 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.58 | $28,458.82 |
| 07/28/14 | 1001 | United States Treasury<br>Department of the Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | FEIN: 46-7357158; 2013 Form 1041 | 2810-000 | | $818.00 | $27,640.82 |
| 07/28/14 | 1002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | FEIN: 46-7357158; 2013 IL-1041 | 2820-000 | | $803.00 | $26,837.82 |
| 03/23/15 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,598.34 | $23,239.48 |
| 03/23/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,175.00 | $18,064.48 |

Page Subtotals: $28,483.40   $10,418.92

UST Form 101-7-TDR (10/1/2010) (Page: 7)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 13-33758 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Jacqueline M. Thurlby | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5539 Checking |
| Taxpayer ID No: | XX-XXX7158 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/15 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $3.24 | $18,061.24 |
| 03/23/15 | 1006 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,053.50 | $17,007.74 |
| 03/23/15 | 1007 | Internal Revenue Service<br>Central Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 1 representing a payment of 32.61 % per court order. | 4110-000 | | $17,007.74 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $28,483.40 | $28,483.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,483.40 | $28,483.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,483.40 | $28,483.40 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $18,064.48 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5539 - Checking | $28,483.40 | $28,483.40 | $0.00 |
|  | $28,483.40 | $28,483.40 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,483.40 |
| Total Gross Receipts: | $28,483.40 |